O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMPHONY L. WALKER, ET AL.,<br><br>    Plaintiff,<br><br>        vs.<br><br>CALIFORNIA DEPARTMENT OF<br>MENTAL HEALTH, ET AL.,<br><br>    Defendants. | CASE NO. ED CV 08-01801 AG (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the Report and adopts its findings and recommendations.

DATED: July 31, 2009

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE