O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMPHONY L. WALKER, ET AL., | ) | CASE NO. ED CV 08-01801 AG (RZ) |
| Plaintiff, | ) ) | |
| | ) | JUDGMENT |
| vs. | ) ) | |
| CALIFORNIA DEPARTMENT OF MENTAL HEALTH, ET AL., | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed for failure to prosecute.

DATED: July 31, 2009

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE